**United States District Court**
**Violation Notice**

A147

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6002743 | CWOSTAL | R202 |

6002743

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: CITE 10/16/2019 1838 HRS
Offense Charged: 43 CFR 8365.1-5(B)(4) CFR
Place of Offense: KINGMAN FIELD OFFICE HWY 93/MM #62, BLAKE RANCH
HAZMAT ☒ PG ☐

Offense Description; Factual Basis for Charge:
DISPOSE WASTE ON PUBLIC LAND (Wooden box/trash/human waste) TWO COUNTS

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| BAILEY | HENRY | W |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| PARKER | AZ | 85344 | __/__/1955 |

| Driver's License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | AZ | 1498 |

☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female  Hair: BRO  Eyes: BRO  Height: 5'7"  Weight: 175

**VEHICLE**  VIN:

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| [redacted] | AZ | 09 | CHEVY | | DK. BLUE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ NA Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ____
Date: TBA
Time: ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]
Original - CVB Copy
(Rev. 09/2015)

20-4021 MJ-001-PCT-CDB

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on OCTOBER 16, 20 19 while exercising my duties as a law enforcement officer in the NORTHERN District of ARIZONA

I was notified by BLM Law Enforcement Chief BRAD BARON that a suspect, HENRY BAILEY, that I was attempting to locate was camped on BLM-administered lands near Big River, California. I immediately responded with Chief BARON to the campsite of BAILEY, where BAILEY was issued a Federal Violation Notice for 43 CFR 8365.1-1(b)(4), disposal of waste (Two counts). I had initially contacted BAILEY on BLM-administered lands off Highway 93 on 21 May 2019, where bagged waste believed to be associated with BAILEY was left behind. Over a week later the same homemade camper shell observed in the bed of BAILEY's pickup was removed/left on BLM-administered lands in the Blake Ranch Road area, also with bagged waste. Cigarette butts and trash were also adjacent to the camper shell. BAILEY claimed responsibility for the Highway 93 bagged waste but did not recall leaving the camper shell, BAILEY said.

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/29/2019
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 2/3/2020
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident